IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>       Plaintiff/Counter-Defendant,<br><br>vs.<br><br>CHAD MICHAEL ROAN and BRITTANY NICHOLE ROAN,<br><br>       Defendants/Counter-Claimants. | CV 19-7-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court previously granted Plaintiff's motion for summary judgment as to Plaintiff's claim for declaratory relief but denied the motion as to the Defendants' counterclaims. (Doc. 30.) The parties have now filed a Stipulation for Dismissal of Counterclaims With Prejudice. (Doc. 33.) Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs. The Clerk is directed to close this case.

DATED this 17th day of April, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1